**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000375
24-SEP-2020
09:20 AM**

NO. CAAP-20-0000375

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
TROY D. BORGE, JR., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-19-0000795)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's July 6, 2020 Motion to Dismiss Appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED:  Honolulu, Hawaiʻi, September 24, 2020.

/s/ Derrick H.M. Chan
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge